**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

ASHLEY HARRINGTON,

                    Plaintiff,

      -v-                                Civil Case Number: 6:20-cv-00414-CBW

CREDIT BUREAU OF OPELOUSAS AND
GENERAL COLLECTIONS &
RECOVERIES INC.,

                    Defendant.

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:        March 16, 2021

/s/ Garth J. Ridge
Garth J. Ridge, Esq.
251 Florida Street
Suite 301
Baton Rouge, LA 70801
Tel: (225) 343-0700
Email: garthridge@aol.com

*Attorneys for Plaintiff*
*Ashley Harrington*

/s/ Spencer M. Schulz
Spencer M Schulz, Esq.
SESSIONS FISHMAN et al
3850 N. Causeway Boulevard, Ste 200
Metairie, LA 70002
Tel: (504) 828-3700
Email: sschulz@sessions.legal

*Attorneys for Defendant*
*Credit Bureau of Opelousas*
*and General Collections & Recoveries Inc.*