## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

ASHLEY HARRINGTON,

                Plaintiff,

-v-

CREDIT BUREAU OF OPELOUSAS AND
GENERAL COLLECTIONS &
RECOVERIES INC.,

                Defendant.

Civil Case Number: 6:20-cv-00414-CBW

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 16, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. 6:20-cv-00414-CBW, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __20th__ **day of April 2021.**

_____

HONORABLE ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE